*Friday, September 16, 1994*

## MOTION DOCKET

**94–1272.** State v. Wilson. *Hamilton County*, No. C–930429. This cause is pending before the court on certification of conflict by the Court of Appeals for Hamilton County. On September 7, 1994, Harry B. Plotnick and Peter A. Gabor filed a notice of withdrawal of counsel, withdrawing from further representation of appellee, Glen W. Wilson. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this matter be remanded to the court of appeals for appointment of counsel for appellee pursuant to S.Ct.Prac.R. II(2)(D)(2).

IT IS FURTHER ORDERED by the court that appellee's brief shall be due within thirty days of the date of appointment of counsel or within thirty days of the filing of appellant's brief, whichever is later.

**94–1738.** State v. Wagenknecht. *Wayne County*, No. 2864. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Counsel for appellee has filed a request for extension of time to file a memorandum in response that was due September 12, 1994. There being no provision in the Supreme Court Rules of Practice permitting requests for extensions of time to file memoranda under S.Ct.Prac.R. III,

IT IS ORDERED by the court that appellee's motion for extension of time be, and is hereby, stricken, effective September 14, 1994.

**94–1908.** State ex rel. Rife v. Franklin Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of the motion of Tom Taylor, d.b.a. Topcat Concrete, for leave to intervene,

IT IS ORDERED by the court that the motion for leave to intervene be, and the same is hereby, granted, effective September 15, 1994.

IT IS FURTHER ORDERED by the court that an alternative writ be, and the same is hereby, granted, effective September 15, 1994, and the following expedited schedule is set for the presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

Relator shall file his brief and any evidence he intends to present on or before September 19, 1994 and respondents and intervening respondent shall file their briefs and any evidence they intend to present on or before September 22, 1994.

## RECONSIDERATION DOCKET

**94–1639.** State v. Cole. *Hamilton County*, No. C–920873. Reported at 70 Ohio St.3d 1420, 637 N.E.2d 928. This cause came on for further consideration upon appellant's motion for reconsideration of this court's entry of August 17, 1994, striking appellant's motion for delayed appeal and dismissing his appeal as untimely. Upon consideration thereof,

IT IS ORDERED by the court that appellant's motion for reconsideration be, and the same is hereby, denied, effective September 14, 1994.

*Monday, September 19, 1994*

## MOTION DOCKET

**93–1165.** Wilkinson v. Maurer. *Franklin County*, Nos. 92AP–674, 92AP–675, 92AP–677 and 92AP–678. On motion for admission *pro hac vice* of Alvin Dunn, Thomas A. Hill, and Joseph Figini, by Steven Smith, counsel for W. Jester. Motion granted.